# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LARRY JACKSON,<br><br>      Defendant. | No. CR97-1021<br><br>ORDER |

This matter comes before the court upon remand from the Eighth Circuit Court of Appeals. On December 11, 2006, the court received the Eighth Circuit Court of Appeals' remand order. The case has been remanded "to determine whether [the defendant's] failure to file a timely [notice of appeal] was due to excusable neglect, and if so, whether the time for filing his [notice of appeal] should be extended."

The record in the instant case reveals that: (1) on September 26, 2005, the court denied the defendant's 18 U.S.C. § 3582(c)(2) sentence-reduction motion; and (2) the defendant filed his notice of appeal on October 19, 2005. In light of the Eight Circuit Court of Appeals' remand and the record, the court deems it appropriate to have the defendant provide a written statement as to why he did not file his notice of appeal on or before October 10, 2005 and/or why he waited until October 19, 2005 to file his notice of appeal. In such statement, the defendant is directed to set forth pertinent facts, if they exist, which excuse his delay. *See* Fed. R. App. P. 4(b)(4). The defendant is directed to

file his written explanation by no later than January 26, 2007.

**IT IS SO ORDERED**.

**DATED** this 8th day of January, 2007.

_____
LINDA R. READE
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA